# Exhibit 8

# THE VILLAGE OF BLOOMINGDALE
## DUPAGE COUNTY, ILLINOIS

# ORDINANCE
## NUMBER 2022-22

## AN ORDINANCE AMENDING
## TITLE 11 OF
## THE VILLAGE OF BLOOMINGDALE
## CODE OF ORDINANCES AS IT RELATES TO
## ALLOWANCES FOR DERMAL PIGMENTATION
## ESTABLISHMENTS

FRANCO A. COLADIPIETRO, Mayor

PAMELA HAGER, Village Clerk

VINCE ACKERMAN
WILLIAM BELMONTE
BILL BOLEN
FRANK BUCARO
PATRICK SHANNON
JUDI VON HUBEN

Village Board

Published in pamphlet form by authority of the
President and the Board of Trustees of the Village of Bloomingdale
on this the 9th day of May 2022

ORDINANCE NO. 2022-22

AN ORDINANCE AMENDING
TITLE 11 OF
THE VILLAGE OF BLOOMINGDALE
CODE OF ORDINANCES AS IT RELATES TO ALLOWANCES FOR DERMAL
PIGMENTATION ESTABLISHMENTS

**WHEREAS,** the Village of Bloomingdale (hereinafter referred to as "Village") is a home rule unit of local government with authority granted pursuant to the Illinois Constitution of 1970, to exercise certain powers and perform certain functions pertaining to its local government and affairs;

**WHEREAS,** the Illinois Constitution of 1970 provides that a Home Rule Unit may exercise any power and perform any function pertaining to its government and affairs, including but not limited to the power to regulate for the protection of the public health, safety, morals and welfare; to license, to tax; and to incur debt;

**WHEREAS,** the Village has in full force and effect a codified set of those ordinances of the Village which are of a general and permanent nature, which said codified set is known and designated as the Village Code of the Village of Bloomingdale, as amended;

**WHEREAS,** Title 11 (Zoning Regulations), Chapter 2 (Rules and Definitions), Section 11-2-2 (Definitions), provides the relevant definitions of uses associated with the Zoning Code;

**WHEREAS,** the Zoning Code does not currently provide for or allow the operation of a dermal pigmentation establishment in any zoning district within the Village;

**WHEREAS,** the Village Board recognizes that the existing code may deter new businesses from viewing the Village as a location to operate their potential dermal pigmentation business;

**WHEREAS,** the Village Board desires to amend the Village Code to allow dermal pigmentation establishments within certain zoning districts of the Village;

**WHEREAS,** the Village Board finds it necessary and proper pursuant to its Home Rule Powers to amend said Code, Chapter and Section to allow for the aforementioned business

2

establishments; and

**WHEREAS**, the Corporate Authorities of the Village of Bloomingdale are of the opinion that the aforementioned amendment to the Village's Code of Ordinances is in the best interest of the public safety, health and welfare of the residents of the Village of Bloomingdale.

**NOW, THEREFORE, BE IT ORDAINED**, in open meeting assembled, by the Village President and Board of Trustees of the Village of Bloomingdale, DuPage County, Illinois, pursuant to the Village's Home Rule Powers, as follows:

**Section One - Recitals**

The Corporate Authorities hereby find that all of the recitals hereinbefore stated as contained in the preamble to the Ordinance are full, true and correct and do hereby, by reference, incorporate and make them part of this Ordinance as legislative findings.

**Section Two – Amendment Title 11**

Title 11 (Zoning Regulations) Chapter 2 (Rules and Definitions) Section 11-2-2 (Definitions) shall be amended, to add the following definition:

DERMAL PIGMENTATION ESTABLISHMENT, PERMANENT: Any establishment at which the act of puncturing the skin and inserting indelible colors to create permanent pigmentation or color is performed, as is often associated with tattoos.

Title 11 (Zoning Regulations), Chapter 10 (Planned Unit Development Districts,) Article A (Business Park Planned Unit Development District of 75 to 250 Acres), Section 11-10A-2 (Uses) shall be amended, as follows:

11-10A-2 (Uses): Accessory Structures and Uses:
    A. Permitted and Special Uses
        2. Special Uses
            a. Each use shall be subject to review by the planning and zoning commission and approval by the village board in accordance with requirements contained in section 11-3-4 of this title. (Note: Requires a public hearing.):
                (6) Permanent Dermal Pigmentation Establishments, provided they are not located along a major arterial, and in accordance with the provisions set forth in Title 4 (Business and License Regulations) of the Village Code.

3

**Section Three – Codification**

The title, chapter(s) and section(s) adopted by this Ordinance shall be numbered and placed in an appropriate title, chapter(s), and sections(s) sections when and during the codification of the Bloomingdale Municipal Code.

**Section Four – Home Rule Preemption**

This Ordinance represents an exercise of the home rule powers conferred upon the Village of Bloomingdale by the Constitution of the State of Illinois. This Ordinance is specifically intended to preempt state law pertaining to the extent permitted under the Constitution of the State of Illinois.

**Section Five – Effective Date:**

This Ordinance shall be in full force and effect from and after its passage, approval and publication as provided by law.

**Section Six - Publication**

This Ordinance shall be published in book or pamphlet form as provided by the Illinois Municipal Code.

**Section Seven - Conflict Clause**

That all ordinances or parts of ordinances in conflict with the terms of this Ordinance shall be repealed to the extent of said conflict.

**Section Eight – Saving Clause**

If any section, paragraph, clause or provision of this Ordinance is declared by a court of law to be invalid or unconstitutional, the invalidity or unconstitutionality thereof shall not affect the validity of the remaining provisions of the Village's Municipal Code, which are hereby declared to be separable.

**Section Nine - Recording**

This Ordinance shall be entered into the minutes and upon the journals of the Board of Trustees of the Village of Bloomingdale.

**DECIDED** pursuant to a roll call vote as follows:

|  | YES | NO | ABSENT | PRESENT |
|---|---|---|---|---|
| Vince Ackerman | X |  |  |  |
| William Belmonte | X |  |  |  |
| Bill Bolen | X |  |  |  |
| Frank Bucaro |  |  | X |  |
| Patrick Shannon | X |  |  |  |
| Judi Von Huben | X |  |  |  |
| Franco A. Coladipietro (only if necessary) |  |  |  |  |
| TOTAL | 5 | 0 | 1 |  |

**PASSED AND APPROVED** by the Village of Bloomingdale Board of Trustees on the 9th day of May 2022.

_____
Franco A. Coladipietro
Village President

ATTEST:

_____
Pamela S. Hager
Village Clerk

5