# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEFFREY JUCHA d/b/a ATOMOSPHERE TATTOO GALLERY, | ) ) ) |
| Plaintiff, | ) No. 22 CV 00332 ) |
| v. | ) Honorable Judge Gary Feinerman ) |
| VILLAGE OF BLOOMINGDALE, ILLINOIS, a municipal corporation, | ) ) ) |
| Defendant. | ) Jury Trial Demanded ) |

## NOTICE OF FILING

**TO:** David G. Sigale
Law Firm of David G. Sigale, P.C.
430 West Roosevelt Road
Wheaton, Illinois 60187
630-452-4547
dsigale@sigalelaw.com

    PLEASE TAKE NOTICE that on July 15, 2022, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system Defendant, **Village of Bloomingdale's Combined 12(b)(1) and 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint and Memorandum of Law in Support of Combined 12(b)(1) and 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint** in the subject cause, a copy of which is herewith served upon you.

                                                Respectfully submitted,

                                                VILLAGE OF BLOOMINGDALE,
                                                Defendant

                                                By: /s/ John B. Murphey
                                                      John B. Murphey, Its Attorney

John B. Murphey
Odelson, Sterk, Murphey, Frazier & McGrath, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
Tel: 708-424-5678
jmurphey@osmfm.com

## CERTIFICATE OF SERVICE

I, John B. Murphey, an attorney, hereby certify that I filed Defendant, Village of Bloomingdale's Combined 12(b)(1) and 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint and Memorandum of Law in Support of Combined 12(b)(1) and 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint on all parties of record through the Court's CM/ECF filing system on July15, 2022.

By: /s/ John B. Murphey
John B. Murphey, Its Attorney

John B. Murphey
Odelson, Sterk, Murphey, Frazier & McGrath, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
Tel: 708-424-5678
jmurphey@osmfm.com